1  DAVID L. NEALE (SBN 141225)
2  LINDSEY L. SMITH (SBN 265401)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234; Facsimile: (310) 229-1244
   Email: dln@lnbyb.com, lls@lnbyb.com
5
6  Attorneys for Daniel Sherlock & Jason Blaylock

**FILED & ENTERED**

**DEC 06 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN SULLIVAN,<br><br>    Debtor. | Case No.: 1:15-bk-13149-VK<br><br>Chapter 13 case<br><br>**ORDER REOPENING CASE**<br><br>**[LBR 5010-1 and 9013-1(q)]**<br><br>**[No Hearing Required]** |

The Court, having read and considered that certain *Motion To Reopen Case For Limited Purpose Of Considering Motion To Reassign Case To Judge Victoria S. Kaufman* (the "Motion"), and good case appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted.

2. Case Number 1:15-bk-13149-VK filed by Brian Sullivan (the "Debtor") is reopened for the limited purpose of allowing the Court to consider a motion filed by Daniel Sherlock and Jason Blaylock to reassign the related bankruptcy case of the Debtor pending as Case Number 9:17-bk-12038-PC (the "Transfer Motion").

3. Immediately upon entry of a final order disposing of the Transfer Motion, Case Number 1:15-bk-13149-VK shall be deemed closed.

**IT IS SO ORDERED.**

###

Date: December 6, 2017

Victoria S. Kaufman
United States Bankruptcy Judge